952

No. 994. ESTES ET AL. *v.* CAMDEN FIRE INSURANCE ASSOCIATION OF GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORP., LTD., ET AL. C. A. 6th Cir. Certiorari denied. *Edward J. Utz* for Camden Fire Insurance Assn. of General Accident Fire & Life Assurance Corp., Ltd., *Robert M. Dennis* for State Automobile Mutual Insurance Co., *Ambrose H. Lindhorst* for Gusweiler, *William B. Saxbe,* Attorney General, *James D. Newcomer,* Assistant Attorney General, and *Charles S. Lopeman* for the State of Ohio, and *Solicitor General Griswold* for the United States, respondents.

No. 999. DELMAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Martin D. Cohen* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Crombie J. D. Garrett* and *Willy Nordwind, Jr.,* for respondent. ▮

No. 1000. MILTON, DBA SERVICE CHECK Co. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *James R. Willis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Crombie J. D. Garrett* and *Carolyn R. Just* for the United States. ▮

No. 1001. LONG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John Patterson* and *Edmon L. Rinehart* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. ▮

No. 1002. WAGOR ET AL., TRUSTEES *v.* CAL KOVENS CONSTRUCTION CORP. C. A. 5th Cir. Certiorari denied. *P. D. Thomson* for petitioners. *Robert C. Ward* for respondent. ▮